427

Per Curiam.

(No. 74-CC-757—

Halsted & 69th Currency Exchange, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed March 24, 1975.*

Halsted & 69th Currency Exchange, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 75-CC-200—

Alberta M. Clayton, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed March 24, 1975.*

Alberta M. Clayton, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.